# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0020.  RODNEY DARNELL HALIMON v. THE STATE.**

We dismissed Rodney Darnell Halimon's application for discretionary review of the trial court's order revoking his probation because the application indicated that it was filed on Halimon's behalf by Trew Lite-Bey, who is not a lawyer. Halimon has filed a motion for reconsideration, asserting that he and Lite-Bey are one and the same person. Because it appears that Halimon is proceeding pro se in this matter, his motion for reconsideration is hereby GRANTED. Our order of September 6, 2016, dismissing his application is VACATED, and the application is REINSTATED. Upon review of the merits, however, the application is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/21/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*